UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**CARA OETJENS**                                            CIVIL ACTION NO. _____

**VERSUS**

**BJ'S RESTAURANT OPERATIONS
COMPANY AND BJ'S RESTAURANT, INC.**

---

**COMPLAINT**

---

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, **CARA OETJENS**, who is a person of the full age of majority and who is a citizen of, and domiciled in, the State of Louisiana, and who respectfully represents as follows:

**1.**

**MADE DEFENDANTS HEREIN ARE:**

A. **BJ'S RESTAURANT OPERATIONS COMPANY**, a California corporation, which is authorized to do, and which is doing business, in the State of Louisiana and which can be served with summons and citation at 3867 Plaza Tower Drive Baton Rouge, Louisiana 70816; and

B. **BJ'S RESTAURANTS, INC.**, a California corporation, which is authorized to do, and which is doing business, in the State of Louisiana and which can be served with summons and citation at 3867 Plaza Tower Drive Baton Rouge, Louisiana 70816.

**2.**

Cara Oetjens is a citizen of the State of Louisiana. Both defendants are citizens of the State of California. As such, this court is a court of proper jurisdiction pursuant to 28 U.S.C. § 1332 and proper venue pursuant to 28 U.S.C. §1391 based upon complete diversity of citizenship between the parties and that damages claimed exceed, exclusive of costs and interest, SEVENTY-FIVE thousand dollars ($75,000.00).

**3.**

On or about April 24, 2016, Oetjens was a patron of the BJ's restaurant located in Baton Rouge, Louisiana, which, based upon information and belief, is owned, operated, licensed or franchised by one or all of the defendants.

**4.**

While dining at the aforementioned BJ's restaurant on April 24, 2016, Oetjens, in a careful and prudent manner, proceeded from her dining table to the restrooms which were located near the rear of the restaurant. On her way from the restroom back to her table, Oetjens suddenly, unexpectedly and without warning slipped on an unreasonably dangerous substance on the restaurant floor. Based upon information or belief, the unreasonably dangerous liquid was either soda, water, other beverage, or ice, or a combination thereof which had been left on the floor from the spills of previous patrons or the BJ's wait staff.

**5.**

The unreasonably dangerous liquid remained on the floor for such a period of time that the employees of the BJ's restaurant knew, or should have known, of its presence on the floor thereby providing sufficient time for them to clean the liquids from the floor thus removing the danger posed to patrons.

**6.**

The aforementioned defendants are liable unto petitioner, jointly and in solido, for their own negligence pursuant to La. C.C. art. 2315 and are strictly liable for the things under the care, custody and control, to-wit: the floor of the BJ's restaurant, pursuant to La. C.C. art. 2317 and La. C.C. art. 2322.

**7.**

Alternatively, the aforementioned defendants breached their duties of care owed to petitioner for following non-exclusive breaches of prudent conduct:

- **A.** Failing to take all necessary and reasonably prudent measures to notify or warn patrons of the unreasonably dangerous liquid present on the restaurant floor;
- **B.** Placing or allowing to be placed an unreasonably dangerous liquid or foreign substance on the walkways of the premises;
- **C.** Failing to take reasonably prudent measures to clean or otherwise remove the dangerous substance from the walkways of the premises;
- **D.** Failing to re-route aisle traffic away from the hazard despite having knowledge of the presence of the unreasonably dangerous substance;
- **E.** Failure to provide sufficient and adequate lighting;
- **F.** Knowingly diverting the attention of and purposefully distracting customers with product displays and a mirage of televisions; and,
- **G.** Any and all other acts of negligence and omissions which may be discovered and shown at the time of trial of this matter.

**8.**

Due to the above-described incident, plaintiff, Cara Oetjens, suffered permanent, painful and disabling injuries including, but not limited to the following non-exclusive list of physical injuries:

- A. A posterior partial-thickness annular tear of the L3-L4 intervertebral disc of the lumbar spine resulting in a 2 mm posterior bulge;

B. A posterior annular tear of the L4-L5 intervertebral disc of the lumbar spine resulting in a 3.5 mm bulge with patterns of edema and hemorrhage;

C. A posterior full-thickness annular tear and herniation of the L5-S1 intervertebral disc of the lumbar spine accompanied by a subligamentous extrusion of 5mm and bilateral nerve root impingement;

D. Lumbar lordosis consistent with trauma and muscle spasms;

E. Contusions and soreness of the right knee resulting in limited range of motion and severe pain and discomfort;

F. Contusions and soreness of the buttock region resulting in severe pain and discomfort.

9.

In addition to the aforementioned physical injuries, plaintiff has suffered permanent, severe and disabling psychological injuries as a result of the afore-described incident more particularly described as follows:

A. Fear,

B. Anxiety,

C. Depression; and,

D. Post-traumatic stress disorder.

10.

As a result of the physical and psychological injuries caused a direct and proximate result of the aforementioned acts of negligence, fault and/or wanton and reckless behavior, **CARA OETJENS** claims damages, in an amount which is just and reasonable in the premises, for:

A. Past, present and future physical pain and suffering,

B. Past, present and future psychological pain and suffering,

C. Past, present and future mental pain and anguish;

D. Past, present and future loss of wages;

E. Past, present and future loss of earning capacity,

F. Past, present and future loss of enjoyment of life;

G. Past, present and future medical expenses; and,

H. Judicial interest from the date of demand and all costs of court.

**11.**

Petitioner prays for trial by jury.

**WHERFORE**, complainant, **CARA OETJENS**, prays that after notice and service of these pleadings, and after due proceedings are had, that a judgment be rendered in her favor and against defendants, **BJ'S RESTAURANT OPERATIONS COMPANY** and **BJ'S RESTAURANTS, INC.**, for all due and just damages as are allowed by law as well as costs, legal interests and attorney's fees.

Baton Rouge, Louisiana, this 15th day of March, 2017.

**RESPECTFULLY SUBMITTED,**

  /s/Scott M. Hawkins
**HAWKINS OETJENS, LLC**
Scott M. Hawkins LSBA 27498
4980 Bluebonnet Boulevard, Suite A
Baton Rouge, Louisiana 70809
225-935-2222 (tel)
225-319-5996 (fax)
scott@hawkinsoetjens.com