UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CARA OETJENS | CIVIL ACTION NO. 3:17-cv-00146 |
| VERSUS | JUDGE SHELLY D. DICK |
| BJ'S RESTAURANT OPERATIONS COMPANY and BJ'S RESTAURANT, INC. | MAGISTRATE JUDGE RICHARD BOURGEOIS |

## JOINT NOTICE OF SETTLEMENT

NOW INTO COURT, through the undersigned counsel, comes plaintiff, **CARA OETJENS**, and BJ's Restaurant Operations Company and BJ's Restaurant, Inc. who, in accordance with Rule 16 of the local rule of Middle District, hereby notify the court that a full and final compromise has been reached between the parties to the instant litigation. In accordance with Local Rule 16 this joint notice is signed by counsel for plaintiff. A proposed order of dismissal has also been submitted.

RESPECTFULLY SUBMITTED,

**/s/ Scott M. Hawkins**
Scott M. Hawkins LSBA 27498
4980 Bluebonnet Boulevard, Suite A
Baton Rouge, Louisiana 70809
225-935-2222 (tel)
225-319-5996 (fax)
scott@hawkinsoetjens.com
*Counsel for Cara Oetjens*

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CARA OETJENS | CIVIL ACTION NO. 3:17-cv-00146 |
| VERSUS | JUDGE SHELLY D. DICK |
| BJ'S RESTAURANT OPERATIONS COMPANY and BJ'S RESTAURANT, INC. | MAGISTRATE JUDGE RICHARD BOURGEOIS |

### CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have served this day a copy of the Notice of Settlement to:

Mr. G. Austin Love
**THE DILL FIRM**
825 Lafayette Street
Lafayette, Louisiana 70502

by operation of the court's electronic filing system and by U.S. Mail, postage prepaid and properly addressed.

Baton Rouge, Louisiana this 26th day of November 2018.

RESPECTFULLY SUBMITTED,

/s/ Scott M. Hawkins
Scott M. Hawkins LSBA 27498
4980 Bluebonnet Boulevard, Suite A
Baton Rouge, Louisiana 70809
225-935-2222 (tel)
225-319-5996 (fax)
scott@hawkinsoetjens.com
*Counsel for Cara Oetjens*