UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CARA OETJENS | : | CIVIL ACTION NO. 3:17-CV-00146 |
| VERSUS | : | JUDGE SHELLY D. DICK |
| BJ'S RESTAURANT OPERATIONS COMPANY, ET AL | : | MAGISTRATE JUDGE RICHARD L. BOURGEOIS |

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

NOW INTO COURT, comes Plaintiff, CARA OETJENS, and Defendants, BJ'S RESTAURANT OPERATIONS COMPANY and BJ'S RESTAURANTS, INC., through undersigned counsel, who respectfully submit that the above entitled and numbered cause has been fully compromised with regards to any and all claims asserted by Plaintiff against all Defendants and request that the above entitled and numbered action be dismissed, with prejudice, with each party to bear its own clerk of court costs.

WHEREFORE, Plaintiff, CARA OETJENS, and Defendants, BJS' RESTAURANT OPERATIONS COMPANY and BJ'S RESTAURANT, INC., through undersigned counsel pray the above entitled and numbered cause be dismissed, with prejudice, with each party to bear its own court costs.

RESPECTFULLY SUBMITTED BY:

s/Scott M. Hawkins
_____
Scott M. Hawkins, La. Bar No. 27,498
**HAWKINS OETJENS, L.L.C.**
4980 Bluebonnet Blvd., Suite A
Baton Rouge, LA 70809
(225) 935-2222 telephone
(225) 319-5996 facsimile
scott@hawkinsoetjens.com
ATTORNEY FOR CARA OETJENS

s/G. Austin Love

---

JAMES M. DILL (Bar Roll #18868)
G. AUSTIN LOVE (Bar Roll #36554)
**THE DILL FIRM**
825 Lafayette Street, P.O. Box 3324
Lafayette, Louisiana 70502-3324
(337) 261-1408 telephone
(337) 261-9176 facsimile
alove@dillfirm.com
ATTORNEYS FOR BJ'S RESTAURANT
OPERATIONS COMPANY AND BJ'S
RESTAURANTS, INC.