UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

CARA OETJENS : CIVIL ACTION NO. 3:17-CV-00146

VERSUS : JUDGE SHELLY D. DICK

BJ'S RESTAURANT : MAGISTRATE JUDGE
OPERATIONS COMPANY, ET AL RICHARD L. BOURGEOIS

## ORDER OF DISMISSAL

Considering the foregoing Joint Motion For Dismissal With Prejudice:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Joint Motion For Dismissal With Prejudice is GRANTED, and that any and all claims of CARA OETJENS asserted in the above entitled and numbered cause against Defendants, BJS' RESTAURANT OPERATIONS COMPANY and BJ'S RESTAURANT, INC., be dismissed, with prejudice, with each party to bear its own court costs.

Signed in __Baton Rouge__, Louisiana this __29__ day of __November__, 2018.

_____
JUDGE

JURY